AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:18-cv-12856 |
| Hackensack Meridian Health, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Equal Employment Opportunity Commission.

Date: 08/24/2018

s/ Justin Mulaire
*Attorney's signature*

Justin Mulaire (NY Bar No. 4311031)
*Printed name and bar number*

U.S. Equal Employment Opportunity Commission
33 Whitehall St., Fl. 5
New York, NY 10004

*Address*

justin.mulaire@eeoc.gov
*E-mail address*

(212) 336-3744
*Telephone number*

*FAX number*