AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| U.S. Equal Employment Opportunity Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:18-cv-12856 |
| Hackensack Meridian Health, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Equal Employment Opportunity Commission

Date: 09/06/2018

s/ Renay M. Oliver
*Attorney's signature*

Renay M. Oliver (NY Bar No. 5172374)
*Printed name and bar number*

U.S. Equal Employment Opportunity Commission
33 Whitehall St., 5th Fl.
New York, NY 10004

*Address*

renay.oliver@eeoc.gov
*E-mail address*

(212) 336-3706
*Telephone number*

(212) 336-3623
*FAX number*