**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
New York Direct Dial: (929) 506-5270
FAX (212) 336-3625
Website: www.eeoc.gov

Renay M. Oliver
Trial Attorney
Phone: (929) 506-5289
Fax: (212) 336-3623
Email: renay.oliver@eeoc.gov

February 27, 2020

**Via ECF**

The Honorable Mark Falk
United States District Court
for the District of New Jersey
U.S. Post Office and Courthouse
1 Federal Square, Room 457
Newark, New Jersey 07102

      Re:    EEOC v. Hackensack Meridian Health, Inc., No. 2:18-cv-12856(WJM)(MF)

Dear Judge Falk:

    We represent plaintiff Equal Employment Opportunity Commission in the above-referenced matter against defendant Hackensack Meridian Health, Inc. We write on behalf of both parties to respectfully request a brief stay of all deadlines, including the February 28, 2020 deadline for fact discovery.

    The parties have reached an agreement in principle but require additional time to negotiate contested provisions. We respectfully ask that the Court grant us until March 13, 2020, to do so. If we are unable to resolve the remaining issues by that date, we will seek additional time to complete discovery. Alternatively, if the parties determine that it may be helpful, we may seek the assistance of the Court in resolving the matter. We enclose a proposed order.

    Thank you for Your Honor's courtesies.

                                                        Respectfully submitted,

                                                        Renay M. Oliver

cc:    All counsel of record (via ECF)