**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-----------------------------------------------------------x

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | Civil Action No. |
| | : | 2:18-cv-12856(WJM)(MF) |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | [PROPOSED] ORDER |
| | : | |
| | : | |
| HACKENSACK MERIDIAN HEALTH, INC., | : | |
| | : | |
| Defendant. | : | |

----------------------------------------------------------- x

Upon good cause appearing,

**IT IS HEREBY ORDERED** that all deadlines in this matter shall be **STAYED** until March 13, 2020, at which time the parties will either file a proposed consent decree or a letter seeking additional time to complete discovery or the assistance of the Court in resolving the matter.

DATED this _____ day of _____, 2020.

_____
MARK FALK
United States District Judge