

Micala Campbell Robinson
Tel 973.443.3272
Fax 973.295.1338
robinsonmi@gtlaw.com

April 17, 2020

**VIA ECF**

Hon. William J. Martini
US District Court, District of New Jersey
Martin Luther King Jr. Federal Building
  & US Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07102

    Re: *U.S. Equal Employment Opportunity Commission v.*
       *Hackensack Meridian Health, Inc.*
       **Civil Action No.: 2:18-cv-12856 (WJM)(MF)**

Dear Judge Martini,

  This Firm represents Defendant Hackensack Meridian Health, Inc. ("HMH") in connection with the above-referenced matter. The parties have diligently worked toward finalizing a proposed consent decree. However, in light of the significant impact that the COVID-19 pandemic has had on HMH's operations since entry of the Court's order setting the matter for administrative termination on May 1, 2020, we respectfully request a 30-day extension of the deadline to submit a proposed consent decree. The EEOC consents to this request.

  Thank you for your consideration.

              Respectfully submitted,

              Micala Campbell Robinson

cc:  All counsel of record (via ECF)

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive, Suite 400, P. O. Box 677 ■ Florham Park, New Jersey 07932 ■ Tel 973.360.7900 ■ Fax 973.301.8410